PD-0930&0931&0932-14

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 06 2015

Abel Acosta, Clerk

3 August, 2015

Appellate Case Numbers
( 03-12-00278 - CR.
through 00280 - CR. )

Honorable Clerk,

I have found myself in a great deal of danger here on the John Wynne Unit of the Texas prison system.

I became involved in giving information on the deaths of prisoners here that were clear cases of abuse, usually of the elderly ... sometimes involving sexual predators — and all involving unit administrators. ... The level of obstruction to being able to properly do my state / federal habeas is more than I can bare. I currently live under a life - endangerment threat that is very high.

I've tryed to get this information off unit — but the unit mailroom is more than likely not allowing it. I've written the Justice Department and F.B.I . . . . and in the meantime I live in fear of administration every day of my existence.

Please consider making this a part of my file — should something happen to me. My SSN is 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

M. Simmons
810 FM 2821
Huntsville, Tx.
77349.

#1775527.

Respectfully Yours,

M. David Simms

3 August 2015